JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Rebecca Erenthal,<br><br>          Plaintiff,<br><br>     v.<br><br>Experian Information Solutions, Inc.,<br>American Express Company, Bank of<br>America, N.A., Barclays Bank<br>Delaware, Discover Financial Services,<br><br>          Defendant. | Case No.: CV 20-2785-DMG (RAOx)<br><br>**ORDER ON STIPULATION FOR<br>DISMISSAL WITH PREJUDICE<br>OF DEFENDANT EXPERIAN<br>INFORMATION SOLUTIONS,<br>INC. [20]** |

     PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff

Rebecca Erenthal's claims against Defendant Experian Information Solutions, Inc.

are dismissed with prejudice.  Each party shall bear its own attorneys' fees and

costs incurred herein.  All scheduled dated and deadlines are VACATED.


DATED:  March 17, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE